STATE OF CONNECTICUT *v.* HECTOR VILLAFANE

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 110 (AC 15505), is denied.

*Louis R. Pepe* and *Richard F. Wareing*, in support of the petition.

*C. Robert Satti, Jr.*, senior assistant state's attorney, in opposition.

Decided June 25, 1997

ALICIA K. EISENBACH ET AL. *v.*
AARON A. DOWNEY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 45 Conn. App. 165 (AC 13517), is denied.